UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
                                                                            :

DAVID S. JONES,                                       :

        Plaintiff,                        :        ORDER
                                                    :        05 Civ. 2471 (JFB) (ETB)

               – against –               :

INCORPORATED VILLAGE OF HEMPSTEAD :
POLICE DEPARTMENT et al.,            :

        Defendants.                      :
----------------------------------X

JOSEPH F. BIANCO, District Judge:

        The above-entitled action has been re-assigned to the undersigned for all purposes.

        On May 11, 2006, Magistrate Judge E. Thomas Boyle issued a Report and Recommendation concluding that this case should be dismissed pursuant to Fed. R. Civ. P. 41(b) based on *pro se* plaintiff's failure to prosecute and failure to comply with Orders of the court.

        No objections having been filed, and for the reasons stated in Magistrate Judge Boyle's Report and Recommendation, the Court

        HEREBY ADOPTS Magistrate Judge Boyle's Report and Recommendation in its entirety.

        IT IS HEREBY ORDERED that this case is DISMISSED. The Clerk of the Court shall close this case. Defendants' counsel is directed to serve a copy of this Order on plaintiff forthwith.

                                                            SO ORDERED.

                                                            JOSEPH F. BIANCO
                                                            UNITED STATES DISTRICT JUDGE

Dated:       June 5, 2006
                Central Islip, NY